IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS,           ) | |
|                                ) | |
|     Plaintiff,     ) | |
|                                ) | |
| v.                             ) | CIVIL ACTION NO. 1:09CV208-MEF |
|                                ) | (WO) |
| NATIONAL PLATINUM CARD         ) | |
| SERVICES,                      ) | |
|                                ) | |
|     Defendant.     ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is the ORDER, JUDGMENT and DECREE of this Court that this action is DISMISSED without prejudice for plaintiff's failure to pay the filing fee required by 28 U.S.C. 1914.[1]

The Clerk of the Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 8th day of May, 2009.

                                                          /s/ Mark E. Fuller
                                                 CHIEF UNITED STATES DISTRICT JUDGE

---

[1] By order entered on March 17, 2009, the Magistrate Judge directed plaintiff to file certain documents for the court's consideration in evaluating plaintiff's motion to proceed *in forma pauperis*. Plaintiff failed to do so and, accordingly, on April 2, 2009, the Magistrate Judge denied the motion and allowed plaintiff until May 4, 2009 to pay the requisite filing fee. The order advised plaintiff that this action may be dismissed if she failed to do so within the time allowed by the court. Plaintiff has neither paid the filing fee nor requested additional time to do so.